# United States District Court

**SOUTHERN**                **DISTRICT OF**                **NEW YORK**

The Annuity, Welfare and Apprenticeship Skill
Improvement & Safety Funds of the International
Union of Operating Engineers Local 15, 15A, 15C
& 15D, AFL-CIO et al.

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

Tribec, Ltd.

# 07 CIV. 3929

# JUDGE CEDARBAUM

TO: (Name and address of defendant)

Tribec, Ltd.
23-03 45th Road, Suite 203
Long Island City, New York 11101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(BY) DEPUTY CLERK

MAY 2 1 2007

DATE

STATE OF  NEW YORK                          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.3929            AND FILED ON            5/21/2007

---

THE ANNUITY,WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS
OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A,15C & 15D,      Plaintiff(s)/Petitioner(s)
Vs.

TRIBEC, LTD.                                                                    Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                          )

                                                               SS

COUNTY OF WESTCHESTER                                        )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and
resides in the State of New York .  On_____6/6/2007_____ at _____11:14AM_____, deponent did
serve the within process as follows:

Process Served:

| SUMMONS AND COMPLAINT |
|---|

Party Served:

| TRIBEC LTD. |                         (herein called recipient)
|---|                                       therein  named.

At Location:

| 23-03 45TH ROAD, SUITE 202 |
|---|
| LONG ISLAND CITY NY  11101 |

By delivering to and leaving with   ADAM OTTAVINO                          and that deponent knew the person

so served to be the    GENERAL MANAGER

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M        Color of Skin  WH        Color of Hair  GREY

Age  51              Height  5'10"

Weight  188                Other Features

Sworn to before me on _____6/7/2007_____

_Gail Williams_ (signature)

Eric Averbach

Server's License#:    918927

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010