UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES    **CLERK'S CERTIFICATE**
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and    07-CIV-3929 (MGC)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

          Plaintiffs,

  -against-

TRIBEC LTD.,

         Defendant.
------------------------------------------------------------------X

  I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on May 21, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was personally served on Defendant TRIBEC LTD. on June 6, 2007, by, a process server, personal service upon Adam Ottavino, the General Manager of Defendant TRIBEC LTD., and proof of service was filed on June 8, 2007 through the ECF System.

  I further certify that the docket entries indicate that the Defendant has not filed an answer nor otherwise moved with respect to the Complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York
   September 13, 2007

                 J. MICHAEL McMAHON
                 Clerk of the Court

             By: _____
                 Deputy Clerk