UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,        **REQUEST TO CLERK**
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES    **FOR ENTRY OF DEFAULT**
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and        07-CIV-3929 (MGC)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                                Plaintiffs,

      -against-

TRIBEC LTD.,

                                Defendant.
---------------------------------------------------------------------X

    TO:    J. MICHAEL McMAHON, Clerk of the United States District
              Court for the Southern District of New York

Please enter the default of Defendant TRIBEC LTD. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend the above-entitled action as fully appears from the court file herein and from the attached Affidavit of James M. Steinberg, sworn to on September 11, 2007.

Dated: Hastings-on-Hudson, New York
           September 11, 2007

                                        BRADY McGUIRE & STEINBERG, P.C.

                              By: _____
                                      James M. Steinberg (JS-3515)
                                      Attorneys for Plaintiffs
                                      603 Warburton Avenue
                                      Hastings-on-Hudson, New York 10706
                                      (914) 478-4293

TO:    TRIBEC LTD.
        23-03 45th Road, Suite 202-203
        Long Island City, New York 11101-4322