UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**STATEMENT OF DAMAGES**

07-CIV-3929 (MGC)

Plaintiffs,

-against-

TRIBEC LTD.,

Defendant.
---------------------------------------------------------------------X

| | |
|---|---|
| Principal Amount Sued For: | $14,269.98 |
| Interest at 9.25% (prime rate of 8.25% *plus* 1.0%, as prescribed by the Plan) from August 1, 2006 through September 11, 2007: | $1,470.26 |
| Statutory Damages: | $1,470.26 |
| Attorneys' Fees: | $1,638.75 |
| *Costs and Disbursements:* Clerk's Fee: | $350.00 |
| Process Server Fee for Service: | $55.00 |
| TOTAL: | $19,254.25 |