EXHIBIT "C"

BRADY McGUIRE & STEINBERG, P.C.

ATTORNEYS-AT-LAW

603 WARBURTON AVENUE

HASTINGS-ON-HUDSON, NEW YORK 10706

TELEPHONE NOS. (914) 478-5755 OR (914) 478-4293

TELECOPY NO. (914) 478-4142

EMAIL bms.law@verizon.net

MATTHEW G. McGUIRE*
JAMES M. STEINBERG*

ROBERT D. BRADY
OF COUNSEL

*ADMITTED IN NEW YORK AND NEW JERSEY

Direct EMAIL james.steinberg4@verizon.net

August 30, 2007

Mr. Adam Ottavino
Tribec Ltd.
23-03 45th Road, Suite 202-203
Long Island City, New York 11101-4322

> Re:   The Annuity, Welfare and Apprenticeship Skill Improvement &
>       Safety Funds of I.U.O.E. Local 15 v. Tribec Ltd.
>       Civil Case No. 07-CIV-3929 (MGC)

Dear Mr. Ottavino:

As you know, our office represents Plaintiffs The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO in connection with the above-referenced matter. On August 17, 2007, we forwarded to Tribec the attached correspondence with a copy of the audit report demanding payment of delinquent fringe benefit contributions totaling $14,269.98 for the period of July 1, 2003 through July 31, 2006. (Copies of same are again closed for your review.) As of the date of this correspondence, Tribec has not to forwarded us a check in the amount of $14,269.98 to satisfy this deficiency. Accordingly, in the event that said payment is not received by this office within ten (10) days from the date of this correspondence, we will proceed to file for a default judgment against Tribec which will include interest, liquidated damages, attorneys' fees and costs.

Your immediate attention to this matter is recommended.

Very truly yours,

James M. Steinberg

Enc.
Cc:   Mr. Patrick J. Keenan

BRADY McGUIRE & STEINBERG, P.C.

ATTORNEYS-AT-LAW

603 WARBURTON AVENUE

HASTINGS-ON-HUDSON, NEW YORK 10706

TELEPHONE NOS. (914) 478-5755 OR (914) 478-4293

TELECOPY NO. (914) 478-4142

EMAIL bms.law@verizon.net

MATTHEW G. McGUIRE*
JAMES M. STEINBERG*

ROBERT D. BRADY
OF COUNSEL

*ADMITTED IN NEW YORK AND NEW JERSEY

Direct EMAIL james.steinberg4@verizon.net

August 17, 2007

Ms. Gail Bialoskurski
Tri-Bec Ltd.
23-03 45th Road, Suite 203
Long Island City, New York 11101

> Re:    International Union of Operating Engineers
>        Local 15, 15A, 15C & 15D Fringe Benefit Funds

Dear Ms. Bialoskurski:

Our office represents the International Union of Operating Engineers Local 15, 15A, 15C and 15D, AFL-CIO ("Local 15") along with the Local 15 Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds. In furtherance of the payroll audit conducted by the accountant for the Local 15 Fringe Benefit Funds, please be advised that your company is deficient in the payment of fringe benefit contributions totaling $14,269.98. (A copy of the results is attached hereto.) Accordingly, we demand that your company satisfy this deficiency by forwarding us a check for $14,269.98 made payable to the "Local 15 Fringe Benefit Funds" within ten (10) days of the date of this correspondence. In addition, upon receipt of this payment, you will be notified as to the amount of the audit cost which is to be reimbursed since a deficiency was identified. Be advised that if payment of the deficiency is not forthcoming, the Local 15 Fringe Benefit Funds shall seek to enforce their rights under the Employee Retirement Income Security Act of 1974 which shall include claims for interest, costs, attorneys' fees and liquidated damages.

Thank you for your attention to this matter.

Very truly yours,

James M. Steinberg

Enc.
Cc: Mr. Patrick J. Keenan (w/out enc.)