EXHIBIT "E"

## HOURS EXPENDED BY COUNSEL

| Date | Atty | Description | Hours |
|---|---|---|---|
| 5/17/07 | JMS | Drafted, revised and finalized Summons and Complaint for delinquent contributions; Prepared civil cover sheet and Rule 1.9 Statement to be filed with court | 2.5 hrs |
| 6/8/07 | JMS | Prepared Summons with Proof of Service for filing through ECF System with copy to Clerk of Court | 0.25 hrs |
| 9/11/07 | JMS | Prepared Default Judgment Motion for filing and service on Defendant | 3.0 hrs |
| **Total:** | | | **5.75 hrs** |