UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and      07-CIV-3929 (MGC)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                           Plaintiffs,

      -against-

TRIBEC LTD.,

                           Defendant.
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, James M. Steinberg, hereby certify under penalty of perjury that on September 14, 2007, I served *via* regular U.S. Mail, the individuals whose addresses appears below, with a copy of the enclosed Plaintiffs' Motion for a Default Judgment:

TRIBEC LTD.
23-03 45th Road, Suite 202-203
Long Island City, New York 11101

*(signed)*
James M. Steinberg, Esq. (JS-3515)